ROBERT R. POWELL, SBN 159747
SARAH E. MARINHO, SBN 293690
**POWELL & ASSOCIATES**
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0201
F: (408) 553-0203
E: smarinho@rrpassociates.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| ANDREW LEE JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No: 18-cv-06264-EJD<br><br>STIPULATION OF COUNTY OF SANTA CLARA DEFENDANTS' AND PLAINTIFF RE: EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS ON COUNTY DEFENDANTS' MOTION TO DISMISS<br><br>Rltd. Motion Hearing Date: March 28, 2019<br>Hearing Time: 9:00 a.m.<br>Hon. Edward J. Davila<br>Location: Courtroom 4<br>    280 S. First Street<br>    San Jose, CA 95113 |

  Pursuant to Civil L.R. 6-1, the parties hereby stipulate and agree, and request this Court order same, that Plaintiff's Opposition to the County Defendants' Motion To Dismiss (Dkt. 42, 1/11/19) currently due January 25th, 2019 for filing, may be extended to February 1st, 2019 for filing, and the Defendants reply brief filing may be extended to February 8th, 2019.

Stipulation and Order Re: Extend Briefing
Johnson v. County of Santa Clara, et al.
U.S. District Court – Northern District
Case No. 18-cv-06264-EJD

The parties submit there would be no need to change the current hearing date of March 28th, 2019 due to these one-week extensions.

**IT IS SO AGREED AND STIPULATED.**

| | |
|---|---|
| JAMES R. WILLIAMS<br>COUNTY COUNSEL | POWELL & ASSOCIATES |
| /S/ Susan P. Greenberg    1/23/2019<br>SUSAN P. GREENBERG<br>Deputy County Counsel<br>Attorneys for Defendants<br>COUNTY OF SANTA CLARA,<br>DEPUTY RUBAN, MATTHEW REEVES,<br>DEPUTY DOMINGUEZ AND<br>JONATHAN BENSON | /S/ Robert R. Powell    1/23/2019<br>POWELL & ASSOCIATES<br>Attorneys for Plaintiff |

### ORDER

Upon review of the foregoing stipulation, submitted by and through counsel for the County of Santa Clara Defendants' and Plaintiff, the Court does hereby adopt the requested stipulated orders as the order of this court.

**IT IS SO ORDERED.**

Date: 1/ 24 /19

**JUDGE EDWARD J. DAVILA**
**U.S.D.C. Northern District – California**