AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Andrew Johnson | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-CV-06264-EJD(NC) |
| County of Santa Clara, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andrew Johnson.

Date:   09/05/2019

*Attorney's signature*

Dmitry Stadlin, SBN 302361
*Printed name and bar number*

111 N. Market St. Ste. 300
San Jose, CA 95113
*Address*

ds@stadlinmarinho.com
*E-mail address*

(408) 645-7801
*Telephone number*

(408) 645-7802
*FAX number*