UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW LEE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendants. | Case No.18-cv-06264-EJD<br><br>**JUDGMENT** |

On March 21, 2023, the Court granted summary judgment in favor of defendant Trent Tessler on all claims asserted against him by plaintiff Andrew Lee Johnson ("Mr. Johnson"). *See* ECF No. 217, Order on Summary Judgment ("Order"). In the Court's Order, the Court also dismissed Mr. Johnson's claims against defendants Marco Monzon and Jamie Hall (respectively, "Officer Monzon" and "Officer Hall") brought under 42 U.S.C. § 1983 for (1) deliberate fabrication of evidence and (2) malicious prosecution and unlawful detention. *See id.*

Mr. Johnson's remaining claims against Officer Monzon and Officer Hall, as well as his claims against the City of San Jose (the "City") were tried before a jury. On February 21, 2024, the jury returned a verdict in favor of Officer Monzon, Officer Hall, and the City against Mr. Johnson as to all remaining claims. *See* ECF No. 304, Jury Verdict.

Accordingly, pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS JUDGMENT in favor of defendants Trent Tessler, Marco Monzon, Jamie Hall, and the City of San Jose, and against plaintiff Andrew Lee Johnson on all claims asserted by Mr. Johnson against them.

This action has been resolved with respect to all defendants. *See* ECF Nos. 229, 240. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 11, 2024

EDWARD J. DAVILA
United States District Judge